PROB 12B
(7/93)

Report Date: May 16, 2008

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 19 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason M Stalkfleet          Case Number: 2:99CR06009-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 12/9/1999          Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)          Date Supervision Commenced: 10/19/2006

Original Sentence: Prison - 52 Months; TSR - 36 Months          Date Supervision Expires: 10/18/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17. You shall reside in a residential reentry center (RRC) for a period of up to 60 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

18. You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

On May 9, 2008, the defendant reported to the United States Probation Office in Richland to provide a urine sample for testing. Prior to providing the sample, the defendant explained he had been using marijuana and was very up front about his addiction. The urine sample returned presumptive positive for marijuana. The defendant also admitted he had drug paraphernalia and a small amount of marijuana at his home. The defendant agreed to turn these items over to the undersigned officer. The defendant was followed to his residence were he produced two glass bongs, a tin canister which had been used to hold marijuana, and a small baggy of marijuana. All items were seized and taken as evidence. The defendant was cooperative during the entire process.

Currently, the defendant only has a condition to provide three drug testings during his period of supervised release. The added condition for random drug testing would allow the probation department to confirm the defendant is remaining abstinent of all controlled substances.

The added condition of 60 days at the Franklin County RRC would allow the defendant to continue working at his business while addressing his substance abuse issues. It would also limit the defendant's contact with local associates who would sway the defendant from focusing on his treatment needs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 16, 2008

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

5/19/08

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center for a period of up to 60 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____        Signed: _____
David L. McCary                                         Jason M Stalkfleet
U.S. Probation Officer                              Probationer or Supervised Releasee

5-16-08
Date